UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
*(TAMPA DIVISION)*

CIVIL DIVISION

CHRISTINE MILLER as the Personal
Representative of the Estate of
Abraham L. Shakespeare, deceased,

      Plaintiff,

v.                                CASE NO.:

BANK OF AMERICA, N.A.,         (Polk County Circuit Court Case No.
                                            2013CA-002608-0000-00)

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, BANK OF AMERICA, N.A. ("Bank of America" or "Defendant"), a national association, hereby removes and gives notice of the removal of the above-described action to the United States District Court for the Middle District of Florida, from the Civil Division of the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida (Case No. 2013CA-002608-0000-00) where the action is now pending, consistent with 28 U.S.C. §§ 1332, 1441 and 1446 and all other applicable statutory law and rules of procedure, and states:

    1.     Bank of America is the only defendant in the above-styled action.

    2.     Plaintiff, CHRISTINE MILLER as the Personal Representative of the Estate of Abraham L. Shakespeare, deceased "Estate of Shakespeare" or "Plaintiff"), initiated this action in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida on April 29, 2013.

    3.     On May 1, 2013, shortly after filing of this lawsuit on April 29, 2013, a Summons directed to BANK OF AMERICA was issued by the Polk Circuit Court.

CASE NO.:

Thereafter, the undersigned counsel and this Defendant were informally provided with copies of the Complaint. However, on and prior to the morning of May 30, 2013, CT Corporation (located at 1200 S. Pine Island Road in Plantation, Florida and listed as the entity to be served with the Summons and Complaint on behalf of BANK OF AMERICA in the Summons issued May 1, 2013) has advised the undersigned that its records do not reflect service of the Complaint.

4. The action against Bank of America is a civil action for relief predicated on alleged tort theories of recovery.

5. The United States District Court for the Middle District of Florida has jurisdiction by reason of the diversity of citizenship of the parties, and an amount in controversy in excess of $75,000.00.

6. Plaintiff is now (and was at the time the state action was commenced) a citizen of the State of Florida.

7. Defendant is a national banking association organized under the laws of the United States of America. Bank of America's main office, as designated in its articles of association (both at the time the state action was commenced and at the time this Notice of Removal is being filed) is located in North Carolina, and is therefore considered to be a citizen of the state of North Carolina for federal diversity purposes. *See Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006) (finding that a national bank, for federal diversity jurisdiction purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located); *Jones v. Bank of Am., N.A.*, 2012 WL 405053 *2, 2:11CV443 (E.D. Va. Feb. 7, 2012) (stating that Bank of America, N.A., is a citizen of North Carolina for federal diversity jurisdiction purposes).

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400

CASE NO.:

8. The matter in controversy exceeds, exclusive of costs and pre-judgment interest, the sum or value of $75,000. Plaintiff's Complaint claims negligence and a breach of fiduciary and seeks damages in the amount of one million, ninety-five thousand, one hundred and eight dollars and ninety-eight cents ($1,095,108.98), plus costs and pre-judgment interest.

9. No change of citizenship of parties has occurred since the commencement of the action. Defendant is not a citizen of the state in which the action was brought.

10. Consistent with 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served in this case, together with an index of pleadings obtained from the internet website for the State Circuit Court (http://www.polkcountyclerk.net), are attached hereto as **Exhibit "A"**.

11. Defendant will give written notice of the filing of this notice to every other party as required by 28 U.S.C.A. § 1446(d).

12. A copy of this Notice will be filed with the Clerk of Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida, as an attachment to the Defendant's Notice of filing Notice of Removal, in accordance with 28 U.S.C. § 1446(d). *See* **Exhibit "B"**.

**WHEREFORE**, Defendant hereby removes the subject state court action to the United States District Court for the Middle District of Florida, Tampa Division, from the State Court (Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida) for further proceedings.

Respectfully submitted,

/s/ Dora F. Kaufman
DORA F. KAUFMAN, ESQ.
Florida Bar No. 771244
E-mail: dfk@lgplaw.com
JUAN A. GONZALEZ, ESQ.
Florida Bar No. 375500
E-mail: jag@lgplaw.com
J. RANDOLPH LIEBLER, ESQ.
Florida Bar No. 507954

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

CASE NO.:

E-mail: jrl@lgplaw.com
LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626
*Attorneys for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2013, I caused the foregoing document to be filed with the Clerk of Court (by the Court use of CM/ECF electronic transmission). I also certify that the foregoing document is being served this day on all counsel of record listed on the service list below via E-mail on the same date.

/s/ Dora F. Kaufman
DORA F. KAUFMAN

## SERVICE LIST

**Robert M. Brush, Esq.**
Brush, Pujol & Coyle, P.A.
825 E. Main Street
Lakeland, Florida 33801
Phone: 863-603-0563
Fax: 863-603-0884
Email: bob@kbpclaw.com
*Attorney for Plaintiff*

**Stephen M. Martin, Esq.**
200 Lake Morton Dr., Fl. 2
Lakeland, Florida 33801
Phone: 863-683-8765
Fax: 863-687-6283
Email: smmattorney@smartinpa.com
*Attorney for Plaintiff*