Electronically Filed 04/29/2013 05:26:24 PM ET

**Civil Cover Sheet**

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT, IN AND FOR, POLK COUNTY, FLORIDA
CIVIL DIVISION

CHRISTINE MILLER as the Personal Representative
of the Estate of Abraham L. Shakespeare, deceased.
               Plaintiff,                    CASE NO.:

v.

BANK OF AMERICA, N.A.
               Defendant.
_____/

**II.    TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

___ Condominium
___ Contracts and indebtedness
___ Eminent Domain
___ Auto Negligence
_X_ Negligence – Other
    ___ Business Governance
    _X_ Business Torts
    ___ Environmental/Toxic Tort
    ___ Third Party Indemnification
    ___ Construction Defect
    ___ Mass Tort
    ___ Negligent Security
    ___ Nursing Home Negligence
    ___ Premises Liability – Commercial
    ___ Premises Liability – Residential
___ Products Liability
___ Real Property/Mortgage Foreclosure
    ___ Commercial Foreclosure $0 - $50,000
    ___ Commercial Foreclosure $50,001 - $249,999
    ___ Commercial Foreclosure $250,000 or More
    ___ Homestead Residential Foreclosure $0 - $50,000
    ___ Homestead Residential Foreclosure $50,001 - $249,999
    ___ Homestead Residential Foreclosure $250,000 or More
    ___ NonHomestead Residential Foreclosure $0 - $50,000
    ___ NonHomestead Residential Foreclosure $50,001 - $249,999
    ___ NonHomestead Residential Foreclosure $250,000 or More

___ Other Real Property Actions
    $0 - $50,000
___ Other Real Property Actions
    $50,001 - $249,999
___ Other Real Property Actions
    $250,000 or More
___ Professional Malpractice
    ___ Malpractice-Business
    ___ Malpractice-Medical
    ___ Malpractice-Other Professional
___ Other
    ___ Antitrust/Trade Regulation
    ___ Business Transactions
    ___ Constitutional Challenge - Statute or Ordinance
    ___ Constitutional Challenge - Proposed Amendment
    ___ Corporate Trusts
    ___ Discrimination-Employment or Other
    ___ Insurance Claims
    ___ Intellectual Property
    ___ Libel/Slander
    ___ Shareholder Derivative Action
    ___ Securities Litigation
    ___ Trade Secrets
    ___ Trust Litigation

GEN1209.114

2013CA-002608-0000-00        Received in Polk 04/29/2013 05:26 PM

III. **REMEDIES SOUGHT** (check all that apply):
_X_ Monetary;
___ Nonmonetary Declaratory or Injunctive Relief;
___ Punitive

IV. **NUMBER OF CAUSES OF ACTION:** __2__
Specify:

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
___ Yes
_X_ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
_X_ No
___ Yes    If "Yes", list all related cases by Name, Case Number and Court.

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
_X_ Yes
___ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

_/s/ Robert M. Brush_    349992
Signature                Florida Bar Number

Robert M. Brush          April 29, 2013
Type or Print Name       Date

2013CA-002608-0000-00    Received in Polk 04/29/2013 05:26 PM

Electronically Filed 04/29/2013 05:26:24 PM ET

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, IN AND FOR, POLK COUNTY, FLORIDA
## CIVIL DIVISION

CHRISTINE MILLER as the Personal
Representative of the Estate of
Abraham L. Shakespeare, deceased.

                                        CASE NO.:

       Plaintiff,

v.

BANK OF AMERICA, N.A.

       Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA
To all and singular the sheriffs of the State.

       **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint or petition in this action on the Defendant, BANK OF AMERICA, N.A., at:

       c/o CT Corporation
       1200 S. Pine Island Road
       Plantation, Florida 33324

       Each defendant is hereby required to serve written defenses to said complaint or petition on Brush, Pujol & Coyle, P.A., plaintiffs attorney, whose address is 825 East Main Street, Lakeland, Florida 33801 within 20 days after service of this summons on that defendant, exclusive of the day of service and to file the original of said written defenses with the clerk of this court either before service on plaintiffs attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

       WITNESS my hand and seal of this court on this _____ day of April, 2013.

                                        Stacy Butterfield, Clerk of Courts
(Court Seal)                            Polk County, Florida

                                        By:_____

In accordance with the American With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at , Brush, Pujol & Coyle, P.A., 825 E. Main Street, Lakeland, Florida, 33801, Telephone number (863) 603-0563 not later than seven days prior to the proceeding. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

2013CA-002608-0000-00        Received in Polk 04/29/2013 05:26 PM

Electronically Filed 04/29/2013 05:26:24 PM ET

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, IN AND FOR, POLK COUNTY, FLORIDA
## CIVIL DIVISION

CHRISTINE MILLER as the Personal
Representative of the Estate of
Abraham L. Shakespeare, deceased.

CASE NO.:

Plaintiff,

v.

BANK OF AMERICA, N.A.

Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA
To all and singular the sheriffs of the State.

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on the Defendant, BANK OF AMERICA, N.A., at:

c/o CT Corporation
1200 S. Pine Island Road
Plantation, Florida 33324

Each defendant is hereby required to serve written defenses to said complaint or petition on Brush, Pujol & Coyle, P.A., plaintiffs attorney, whose address is 825 East Main Street, Lakeland, Florida 33801 within 20 days after service of this summons on that defendant, exclusive of the day of service and to file the original of said written defenses with the clerk of this court either before service on plaintiffs attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and seal of this court on this ___1st___ day of May, 2013.

(Court Seal)

Stacy Butterfield, Clerk of Courts
Polk County, Florida
By: _____

In accordance with the American With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at, Brush, Pujol & Coyle, P.A., 825 E. Main Street, Lakeland, Florida, 33801, Telephone number (863) 603-0563 not later than seven days prior to the proceeding. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

2013CA-002608-0000-00        Received in Polk 04/29/2013 05:26 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT, IN AND FOR, POLK COUNTY, FLORIDA

CIVIL DIVISION

CHRISTINE MILLER as the Personal
Representative of the Estate of
Abraham L. Shakespeare, deceased,

        Plaintiff,

v.                              CASE NO.: 2013CA-002608-0000-00

BANK OF AMERICA, N.A.,

        Defendant.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the Law Firm of Liebler Gonzalez & Portuondo, P.A. hereby files its appearance as counsel for the Defendant, BANK OF AMERICA, N.A., in this lawsuit. Pursuant to all applicable rules of procedure, this law firm requests that all notices and other papers given or required to be served in this case and all Court filings be given to and served upon the following: Dora F. Kaufman, Esq., Juan A. Gonzalez, Esq., and J. Randolph Liebler, Esq., at service@lgplaw.com, dfk@lgplaw.com, ras@lgplaw.com and cmr@lgplaw.com Liebler Gonzalez & Portuondo, P.A., 44 West Flagler Street, Suite 2500, Miami, Florida 33130.

        Respectfully submitted,

        LIEBLER, GONZALEZ & PORTUONDO, P.A.
        *Attorneys for Bank of America, N.A.*
        Courthouse Tower - 25th Floor
        44 West Flagler Street
        Miami, FL 33130
        Tel: (305) 379-0400
        Fax: (305) 379-9626
        Primary: service@lgplaw.com

CASE NO.: 2013CA-002608-0000

Secondary: dfk@lgplaw.com; cmr@lgplaw.com
and ras@lgplaw.com

By: /s/ Dora F. Kaufman
DORA F. KAUFMAN, ESQ.
Florida Bar No. 771244
JUAN A. GONZALEZ
Florida Bar No. 375500
J. RANDOLPH LIEBLER, ESQ.
Florida Bar No. 507954

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Appearance has been furnished via E-mail and facsimile transmission on this 30th day of May, 2013, to: **Robert M. Brush, Esq.**, (bob@kbpclaw.com), Brush, Pujol & Coyle, P.A., *Attorney for Plaintiff*, facsimile # (863) 603-0884; and **Stephen M. Martin, Esq.**, (smmattorney@smartinpa.com), *Co-counsel for Plaintiff*, facsimile # (863) 687-6283.

By:/s/ Dora F. Kaufman
DORA F. KAUFMAN

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400