IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT, IN AND FOR, POLK COUNTY, FLORIDA

CIVIL DIVISION

CHRISTINE MILLER as the Personal
Representative of the Estate of
Abraham L. Shakespeare, deceased,

    Plaintiff,

v.                                               CASE NO.: 2013CA-002608-0000-00

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## NOTICE OF FILING
## NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION)

The undersigned, as counsel for Defendant, BANK OF AMERICA, N.A., files the attached copy of its Notice of Removal filed with the United States District Court for the Middle District of Florida, Tampa Division ("District Court") on May 31, 2013, and hereby provides notice of the removal of the above-entitled action to the District Court consistent with 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal in the District Court has effected the removal of the above-styled action, and this Court (Tenth Judicial Circuit in and for Polk County, Florida) shall proceed no further, unless and until this case is remanded. Written notice of the filing of the Notice of Removal has been given to all adverse parties in the above entitled action.

CASE NO.: 2013CA-002608-0000

Respectfully submitted,

LIEBLER, GONZALEZ & PORTUONDO, P.A.
*Attorneys for Bank of America, N.A.*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
Primary: service@lgplaw.com
Secondary: dfk@lgplaw.com; cmr@lgplaw.com
and ras@lgplaw.com

By:  /s/ Dora F. Kaufman
DORA F. KAUFMAN, ESQ.
Florida Bar No. 771244
JUAN A. GONZALEZ
Florida Bar No. 375500
J. RANDOLPH LIEBLER, ESQ.
Florida Bar No. 507954

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via E-mail and facsimile transmission on this 31st day of May, 2013, to: **Robert M. Brush, Esq.**, (bob@kbpclaw.com), Brush, Pujol & Coyle, P.A., *Attorney for Plaintiff*, facsimile # (863) 603-0884; and **Stephen M. Martin, Esq.**, (smmattorney@smartinpa.com), *Co-counsel for Plaintiff*, facsimile # (863) 687-6283.

By:/s/ Dora F. Kaufman
DORA F. KAUFMAN