UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE MILLER, as the personal
representative of the Estate of
Abraham L. Shakespeare, deceased,

    Plaintiff,

v.                                          Case No.: 8:13-cv-1425-T-33AEP

BANK OF AMERICA, N.A.,

    Defendant.

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Christine Miller, the personal representative of the Estate of Abraham Shakespeare, responds to Defendant, Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law and states:

1. This cause of action was originally filed in the Circuit Court of Polk County Florida on April 29, 2013.

2. The Defendant, Bank of America, N.A., has not yet been served with the complaint, because of the Plaintiff's intention of adding two additional defendants who are both residents of the State of Florida.

3. Nevertheless, before this was accomplished, Defendant removed this cause to the United States District Court Middle District of Florida on May 31, 2013.

4. On June 27, 2013, Plaintiff filed a Motion for Remand, which is docket item #10 in this cause, requesting the Court to remand this cause of action to the Circuit Court of Polk County, Florida.

5. Attached to the Plaintiff's Motion for Remand is a copy of the proposed Amended Complaint which Plaintiff intends to file in the Circuit Court of Polk County, Florida.

6. Accordingly, because the Plaintiff's Motion for Remand with the attached proposed amended complaint is pending before the Court, Plaintiff respectfully requests that the Motion for Remand be granted and that this cause of action be remanded to the Circuit Court of Polk County, Florida.

7. Pending a decision by the Court on the Plaintiff's Motion for Remand for the purpose of amending the complaint, Plaintiff requests that the Defendant's Motion to Dismiss be held in abeyance and that the Plaintiff be allowed an opportunity to address the Motion to Dismiss if the Court deems that it is necessary.

WHEREFORE, Plaintiff, Christine Miller, the personal representative of the estate of Abraham L. Shakespeare, deceased, requests the Court grant her Motion for Remand and, in the alternative, pending the decision on the Motion for Remand, requests that

Defendant's Motion to Dismiss be held in abeyance and that Plaintiff be allowed an opportunity to address the Motion to Dismiss if the Court deems it necessary.

### Certificate of Service

I HEREBY CERTIFY that on July 12, 2013, I filed via electronic transmission with CM/ECF the foregoing document to Dora Kaufman, Esq., at jrl@lgplaw.com..

**BRUSH & COYLE, P.A.**

*/s/ Timothy O. Coyle*

ROBERT M. BRUSH, ESQUIRE
Florida Bar Number: 349992
TIMOTHY O. COYLE
Florida Bar Number: 0956368
825 East Main Street
Lakeland, Florida 33801-5151
Telephone - (863) 603-0563
Facsimile - (863) 603-0884
bob@kbpclaw.com
Attorney for Plaintiff

and

STEPHEN M. MARTIN, ESQUIRE
Florida Bar Number: 308234
200 Lake Morton Drive, Floor 2
Lakeland, Florida 33801-5318
Telephone - (863) 683-8765
Facsimile - (863) 687-6283
smmattorney@smartinpa.com
Co-Counsel for Plaintiff