# EXHIBIT "A"

## Reid A. Schaeffer

**From:** Dora F. Kaufman
**Sent:** Thursday, July 11, 2013 7:13 PM
**To:** Reid A. Schaeffer
**Subject:** FW: Complaint/Shakespeare v. BOA

Dora F. Kaufman
Shareholder



Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130

Tel: (305) 379-0400 | Fax: (305) 379-9626 | Email: DFK@lgplaw.com | Web: www.lgplaw.com

Please consider the environment before printing this email message.

CONFIDENTIALITY NOTICE: This e-mail contains confidential information that is legally privileged. Do Not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to DFK@lgplaw.com or by telephone at (305) 379-0400 and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Dora F. Kaufman
**Sent:** Tuesday, May 21, 2013 12:15 PM
**To:** 'Stephen Martin'
**Subject:** RE: Complaint/Shakespeare v. BOA

Stephen,

I look forward to receiving your update as to when Bank of America, N.A. has been served. I understand that you are quickly checking into this to obtain a verbal advisement from the process server later today (if possible), along with a copy of the service return, and will keep me posted (and email the return to me). You indicated that if the bank had not yet been served, it would be anticipated to likely take place later this week.

We confirm and appreciate your professional courtesy of enlarging the defendant's time until June 28, 2013 to file a written response (e.g., answer or motion) to the Complaint.

**From:** Stephen Martin [mailto:steve@smartinpa.com]
**Sent:** Tuesday, May 21, 2013 11:56 AM
**To:** Dora F. Kaufman
**Subject:** Complaint/Shakespeare v. BOA

Dora,

Complaint is attached. I have agreed that you may have until June 28 to file a responsive pleading.

I look forward to working with you on this case.

Stephen M. Martin

1

200 Lake Morton Drive
Lakeland, Florida 33801
863.683.8765
863.687.6283-Fax
steve@smartinpa.com